**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

LATOYA HOUSTON                                                                                    PLAINTIFF

V.                                                                                    NO. 3:10CV112-MPM-DAS

CITIMORTGAGE, INC., ET AL.                                                                 DEFENDANTS

## ORDER GRANTING MOTION TO STAY PROCEEDINGS

Before the Court is Defendant Citimortgage, Inc.'s motion (# 14) to stay these proceedings pending a ruling by the district judge on its motion to compel arbitration (# 12). The Court, having duly considered the matter, is of the opinion that the motion should be granted.

**THEREFORE, IT IS ORDERED** that all pretrial deadlines are **STAYED** pending a ruling by the district judge on the motion to compel arbitration. Should the motion to compel arbitration be denied, counsel for Citimortgage, Inc. shall submit a proposed order lifting the stay to the undersigned within 7 days of that ruling.

**THIS,** the 18th day of November, 2010.

                                                                    /s/ David A. Sanders
                                                                    U. S. MAGISTRATE JUDGE